No. 98–822. FRIENDS OF THE EARTH, INC., ET AL. *v.* LAIDLAW ENVIRONMENTAL SERVICES (TOC), INC. C. A. 4th Cir. Motion

of Public Citizen for leave to file a brief as *amicus curiae* granted. Certiorari granted.